

## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00002-CV

ESTATE OF LINDA KATINA
STATUM FROEHLE, DECEASED

----------

FROM PROBATE COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2016-PR00096-1

----------

## MEMORANDUM OPINION[1]

----------

Appellant Trebor J. Froehle, also known as John T. Froehle, attempts to appeal these three trial court orders: "Order Probating Holographic Will, Granting Dependent Administration and Authorizing Letters of Administration," signed May 25, 2016; "Order Approving Inventory, Appraisement, and List of Claims," signed January 24, 2017; and "Order Ratifying Sale and Disposal of Personal Property,"

---

[1]See Tex. R. App. P. 47.4.

signed January 26, 2017. His notice of appeal was not filed until November 9, 2017, making it untimely as to all three orders. *See* Tex. R. App. P. 26.1.

We notified Appellant of our concern that we lack jurisdiction over this appeal based on the untimely filed notice of appeal and warned that we could dismiss this appeal absent a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant's response does not show grounds for continuing the appeal.

The time for filing a notice of appeal is jurisdictional in this court, and absent a timely filed notice of appeal or timely filed motion for extension, we must dismiss the appeal. *See* Tex. R. App. P. 25.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because Appellant's notice of appeal was filed too late, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED: April 12, 2018

2